# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

In the Matter of the Search of
a vehicle described as a
black, four door
1994 Lexus LS-400,
VIN #JT8UF11E5R0192544,
Washington tag 654-HZS

**SEARCH WARRANT**

CASE NUMBER: 04-645M

To: Special Agent FREDERICK C. GUTT and any Authorized Officer of the United States.

Affidavit(s) having been made before me by FREDERICK C. GUTT _____ who has reason to
                                                  Affiant

believe that ___ on the person of or _XX_ on the premises known as (name, description and/or location)

a vehicle described as a black, four door, 1994 Lexus LS-400, VIN JT8UF11E5R0192544, Washington tag 654-HZS, purchased by ATTAWWAAB MUHAMMAD FARD

in the __Western__ District of __Washington__ there is now concealed a certain person or property, namely (describe)

See Attachment D, which is attached hereto and incorporated herein by reference and is evidence of Title 18, United States Code, Sections 371 (Conspiracy), 922(g)(1) (Felon in Possession), 1028 (Fraud in Connection with Identification Documents) and 1344 (Bank Fraud).

I am satisfied that the affidavit(s) submitted in support of this warrant and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish ground for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___Nov. 27, 2004___
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in daytime -- 6:00 AM to 10:00 PM) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __a United States Magistrate Judge__ as required by law.

November 17, 2004                at          Seattle, Washington
Date and Time Issued                          City and State

MONICA J. BENTON, U.S. Magistrate Judge       _____
Name & Title of Judicial Officer              Signature of Judicial Officer

04-MJ-00645-WRNT

# RETURN

| DATE WARRANT RECEIVED | DATE & TIME WARRANT EXECUTED | COPY OF WARRANT & RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |
|---|
| |

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned to me this date.

U.S. Judge or Magistrate

## ATTACHMENT D

## ITEMS TO BE SEIZED

The following items which are fruits, instrumentalities and evidence of violations of federal law, namely Title 18, United States Code, Sections 371 (Conspiracy), 922(g)(1) (Felon in Possession), 1028 (Fraud in Connection with Identification Documents) and 1344 (Bank Fraud).

1. All computer equipment, including computers, processing units, modems, monitors, keyboards, printers, and other related physical equipment, attached or unattached to the computer(s).

2. All computer software, and related software manuals and passwords applicable to the production and printing of any type of check or identification document.

3. All electronic storage media, devices, and contents thereof, including hard drives, diskettes, recordable compact disks, Zip disks and any other electronic, magnetic, or optical storage devices or media.

4. All other equipment which can be used to create identification documents or counterfeit checks, including cameras, camera accessories, scanners, laminating devices, and related supplies.

5. All identification documents.

6. All bank cards, including ATM cards, check cards, debit cards, and credit cards.

7. All personal, business, or bank issued checks, including printed checks, blank checks, and check stock.

8. All financial records, including tax returns, credit card statements, bank statements, wire transfer notices, deposits receipts, and other transaction advices.

9. All travel records, including air travel tickets or itineraries, hotel receipts, and car rental receipts.

10. All cellular telephones and telephone records.

11. All Rolodexes, business cards, calendars, diaries, appointment books, personal digital assistants, or other devices and the contents thereof capable of identifying

associates or coconspirators.

12. All firearms, ammunition, bulletproof vests, and related accessories.

13. All U.S. currency believed to be proceeds of criminal activity, if greater than $1,000.00.